**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Jalesya Lofton and Nicholas Cook a/k/a Nickolous Cook,
Defendants,

Of whom Jalesya Lofton is the Appellant.

In the interests of minors under the age of eighteen.

Appellate Case No. 2023-000369

———————————

Appeal From Greenville County
Rochelle Y. Conits, Family Court Judge

———————————

Unpublished Opinion No. 2023-UP-337
Submitted October 19, 2023 – Filed October 20, 2023

———————————

**AFFIRMED**

———————————

John Brandt Rucker and Allyson Sue Rucker, both of
The Rucker Law Firm, LLC, of Greenville, for
Appellant.

Amanda Stiles, of South Carolina Department of Social
Services, of Greenville, for Respondent.

Robert A. Clark, of Greenville, for the Guardian ad Litem.

––––––––––––

**PER CURIAM:** Jalesya Lofton appeals the family court's final order terminating her parental rights to her minor children. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2022). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Lofton's counsel.

**AFFIRMED.**[1]

**MCDONALD and VINSON, JJ., and BROMELL HOLMES, A.J., concur.**

––––––––––––

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.